IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUANITA HAMMOND, on behalf of
herself and all others similarly situated**

    **Plaintiff,**

**v.**

**SOLUTIA INC. EMPLOYEES'
PENSION PLAN,**

    **Defendant.**                                                   **Case No. 06-CV-139-DRH**

## ORDER

**HERNDON, District Judge:**

        This matter comes before the Court on Applicants' Motion to Intervene (Doc. 49). Applicants in this instance are The Monsanto Company Pension Plan and The Monsanto Company and are currently defendants in a case before this Court, captioned ***Walker v. Monsanto*, Case No. 04-cv-436-DRH**. In the ***Walker*** case, Applicants have already filed a Motion to Consolidate that action with this case, as well as a case captioned ***Davis v. Solutia*, 05-cv-736-DRH**. Therefore, Applicants wish to intervene in this case for the express purpose of filing that same Motion to Consolidate.

        On its face, the instant matter seems appropriate for intervention pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 24(b)(2)**. Further, the parties in the instant matter do not object to Applicants' Motion to Intervene. Accordingly, the Court **GRANTS** Applicants' Motion to Intervene (Doc. 49) for the purpose of filing

their Motion to Consolidate. Applicants will now be referred to as "Plaintiff-Intervenors."

Attached as exhibits to their Motion to Intervene (Doc. 49) was Plaintiff-Intervenors' proposed Motion to Consolidate and supporting memorandum. Plaintiff-Intervenors are hereby allowed to electronically file this motion and supporting memorandum, as it will not be deemed filed *instanter*.

**IT IS SO ORDERED.**

Signed this 2nd day of June, 2006.

/s/          David  RHerndon
**United States District Judge**