IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUANITA HAMMOND, on behalf of**
**herself and all others similarly situated,**

    **Plaintiff,**

**GLYNN DAVIS, et al.,**

    **Plaintiffs-Intervenors,**

vs.

**SOLUTIA, INC. EMPLOYEES'**
**PENSION PLAN,**

    **Defendant,**

and

**THE MONSANTO COMPANY PENSION**
**PLAN and THE MONSANTO COMPANY,**

    **Intervenors.**                    Case No. 06-cv-139-DRH-PMF

<u>**ORDER**</u>

**HERNDON, District Judge:**

      Plaintiff-Intervenor Glynn Davis has filed a Motion to Withdraw (Doc. 58) his Motion to Stay and supporting memorandum in this case (Docs. 32 & 33), Plaintiff-Intervenor Davis states his Motion to Stay is "moot as a result of Plaintiff Hammond's recently filed Motion to Stay Pending Exhaustion of Administrative Remedies (Doc. 53)" (Doc. 58, p. 1)  Therefore, for good cause shown, the Court **GRANTS** Plaintiff-Intervenor Davis's Motion to Withdraw Motion to Stay and

supporting memorandum (Docs. 32 & 33).  Such documents are hereby **WITHDRAWN** from consideration.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2006.

/s/          David   RHerndon
**United States District Judge**