IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUANITA HAMMOND, on behalf of
herself and all others similarly situated,**

   Plaintiff,

**GLYNN DAVIS, et al.,**

   Plaintiffs-Intervenors,

vs.

**SOLUTIA, INC. EMPLOYEES'
PENSION PLAN,**

   Defendant,

and

**THE MONSANTO COMPANY PENSION
PLAN and THE MONSANTO COMPANY,**

   Intervenors.                                                    Case No. 06-cv-139-DRH-PMF

<u>ORDER</u>

**HERNDON, District Judge:**

Plaintiff Juanita Hammond has filed a Motion to Withdraw (Doc. 59) her Motion to Appoint Interim Class Counsel (Doc. 14) and her supporting memorandum (Doc. 15). Plaintiff states her reason for doing so is that the need for interim counsel in this matter has become moot; the attorneys representing the Davis Plaintiffs and the attorneys representing Hammond "have agreed to work together to represent the putative class asserting claims against the Solutia Inc., Employees'

Pension Plan" (Doc. 59, p. 1). The Davis Plaintiffs are also withdrawing their respective motion for interim class counsel in *Davis* (*Id.*). Therefore, for good cause shown, the Court **GRANTS** Plaintiff Hammond's Motion to Withdraw Her Motion to Appoint Interim Class Counsel and supporting memorandum (Docs. 14 & 15). Such documents are hereby **WITHDRAWN** from consideration.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2006.

/s/      David   RHerndon
**United States District Judge**